IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID KEMP, Individually and as
Class Representative of All Similarly
Situated Persons                                                                                    PLAINTIFF

VS.                                  Case No. 05-CV-4076

UNION PACIFIC CORPORATION,
a foreign and domestically registered
corporation, et al.                                                                                  DEFENDANTS

## ORDER

On December 2, 2005, Plaintiff filed a Notice of Voluntary Dismissal. (Doc. 6) Upon consideration, the Court finds this matter should be and hereby is dismissed without prejudice, with the condition that if the matter is refiled in any court Plaintiff shall be ordered to pay any costs and expenses including reasonable attorney's fees which are duplicated as a result of refiling.

IT IS SO ORDERED, this 5th day of January, 2006.

                                                  /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  U.S. District Court